# UNITED STATES of America, Plaintiff–Appellee,

v.

## James DeJesus MARTINEZ, Defendant–Appellant.

### No. 01–7801.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 5, 2002.

James DeJesus Martinez, Appellant Pro Se. Barbara Suzanne Skalla, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

James DeJesus Martinez seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dis-miss the appeal on the reasoning of the district court. *See United States v. Martinez,* Nos. CR–95–267–AW; CA–00–2910–AW (D.Md. Aug. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*